Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
|  | ) Chapter 13 |
|  | ) |
| AMY JEAN ZIEGLOWSKY | ) Case No.: 8:08-bk-11952-RK |
|  | ) |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3010)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301078** in the sum of **$  11.15** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

    CALIFORNIA STUDENT AID COMM.
    PO BOX 419041
    ACCOUNTS RECEIVABLE
    RANCHO CUCAMONGA, CA 92708

Date: September 19, 2011        /S/_____
                                Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0811952 | AMY JEAN ZIEGLOWSKY<br>ACCT: 7421    Claim: 00002 | XXX-XX-7421 | 11.15 | 0.00 | 11.15 |
| | | **TOTALS** | 11.15 | 0.00 | 11.15 |

AMY JEAN ZIEGLOWSKY

BALANCE:          37.55      [0.00  33/00002]
SSN: XXX-XX-7421   SSN:
ACCT: 7421                    CASE: 0811952
PRINCIPAL:       11.15    INTEREST:            0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301078

Jul 24, 2011

VOID 90 DAYS FROM DATE

\*\*\*\*\*\*\*\*$11.15

**PAY**  Eleven And 15 / 100 Dollars

**TO THE ORDER OF**
U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301078⑈  ⑆061100790⑆ 000000575186 2⑈

SAFE

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES